# Court of Appeals
# of the State of Georgia

ATLANTA,  January 05, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0195.  JONATHAN GUYTON v. ROBERT ADAMS, WARDEN et al.**

The trial court denied Jonathan Guyton *in forma pauperis* status in the underlying habeas corpus proceeding and subsequently denied his motion for reconsideration. Guyton now seeks discretionary review in this Court. Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, we hereby TRANSFER this case to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/05/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____ , Clerk.